UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE ALI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 21-cv-02193-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jessie Ali filed this 42 U.S.C. § 1983 case against Defendants City and County of San Francisco and Sheriff's Deputy Ruben Sanchez on March 29, 2021, alleging Sanchez used excessive force against Ali while he was an inmate at County Jail #5 in San Bruno. On April 2, 2021, the Court granted Ali's in forma pauperis application. ECF No. 6. Ali is represented by counsel, Stanley Craig Goff, Jr. On June 2, 2021, the parties stipulated to provide Defendants until June 23, 2021 to waive service and respond to Ali's complaint. ECF No. 10. Defendants filed their answer on June 23. ECF No. 11. After the parties did not file a case management statement by the deadline set in the initial case management scheduling order, ECF No. 5, the Court vacated the July 1 case management conference and ordered them to file a status report by July 1, ECF No. 12. In response, Defendants filed a separate statement indicating their counsel called and emailed Ali's counsel to meet and confer regarding initial disclosures and submitting a joint status report, but they did not hear back from him. ECF No. 13. The Court notes that, with the exception of the parties' June 2 stipulation, Ali has made no appearance in this matter since filing his complaint and in forma pauperis application.

Accordingly, the Court **ORDERS** Plaintiff Jessie Ali to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Ali shall file

a declaration by July 15, 2021.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 29, 2021 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Ali does not intend to prosecute, and the case may be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 2, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge