UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE ALI,<br><br>        Plaintiff,<br><br>      v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 21-cv-02193-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

Stanley Craig Goff, Jr., who represents Plaintiff Jessie Ali, has repeatedly failed to comply with court deadlines in this case, resulting in the issuance of a first order to show cause on July 2, 2021. *See* ECF Nos. 12, 14. In response, Goff indicated Ali was in the process of either obtaining new counsel or representing himself in pro se. ECF No. 15. Based on Goff's response, the Court discharged the show cause order and advised Goff that, unless Ali files a substitution of counsel or notice of intent to represent himself, he had a duty to discharge his obligations to his client and the Court. ECF No. 16 (citing Civ. L.R. 11-4). The Court also reminded Goff that, under Civil Local Rule 11-5(a), he may not withdraw from an action until relieved by court order after written notice has been given to Ali and all other parties, and that failure to comply with these obligations may result in the imposition of sanctions. The Court subsequently issued a case management order on September 8, after which the parties were referred to Judge Jacqueline Corley for a settlement conference. ECF No. 26.

On April 19, 2022, Judge Corley vacated the settlement conference because Goff represented that he was going to move to withdraw as he had no contact with Ali. ECF No. 28. Goff did not file a motion to withdraw, but on May 6 Defendants filed a discovery letter indicating they attempted to meet and confer with him but were unable to get any response. ECF No. 29. As

such, the Court ordered Goff to file a declaration by May 12 regarding his communication with his client, the status of his representation, and his failure to respond to Defendants' communication attempts. ECF No. 30. Goff failed to respond, and, given that Ali has not communicated with counsel and his last appearance was September 8, 2021, there is no indication he intends to prosecute this case.

Accordingly, the Court **ORDERS** Plaintiff Jessie Ali to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Ali shall file a declaration by May 26, 2022. The Court **FURTHER ORDERS** Stanley Craig Goff, Jr. to show cause why he should not be referred to the State Bar for his failure to comply with his obligations under Federal Rule of Civil Procedure 11 and Civil Local Rule 11. Goff shall file a declaration by May 26, 2022. The Court **FURTHER ORDERS** Goff to serve this order on Ali and file proof of service by May 17, 2022.

The Court shall conduct a hearing on June 9, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. The Court once again provides notice to Ali that failure to file a written response will be deemed an admission that Ali does not intend to prosecute, and the case will be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 13, 2022

THOMAS S. HIXSON
United States Magistrate Judge