UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE ALI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 21-cv-02193-TSH<br><br>**ORDER CONTINUING HEARINGS RE: ORDER TO SHOW CAUSE AND MOTION TO WITHDRAW** |

This matter is currently scheduled for a show cause hearing on June 16 regarding (1) whether the case should be dismissed for Plaintiff Jessie Ali's failure to prosecute and (2) whether his attorney, Stanley Goff, should be referred for disciplinary proceedings. ECF No. 34. However, Goff has now filed a motion to withdraw as counsel and a response to the show cause order detailing his unsuccessful attempts to contact his client. ECF Nos. 35, 37-38. Having reviewed Goff's filings, the Court finds it appropriate to consider these matters at one hearing. Accordingly, the Court **CONTINUES** the show cause hearing and the hearing on Goff's motion to withdraw to August 4, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. Briefing deadlines under Civil Local Rule 7 remain unchanged. The Court also **GRANTS** Goff's ex parte application for an order permitting him to file a late response to the Court's show cause order (ECF No. 39).

**IT IS SO ORDERED.**

Dated: June 10, 2022

THOMAS S. HIXSON
United States Magistrate Judge